**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 98-1774**

————————

DONALD J. STRABLE,

Plaintiff - Appellant,

versus

JOHN R. FERGUSON, Attorney at Law,

Defendant - Appellee.

————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-98-996-6-13AK)

————————

Submitted:  August 13, 1998        Decided:  August 31, 1998

————————

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior
Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Donald J. Strable, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Strable v. Ferguson</u>, No. CA-98-996-6-13AK (D.S.C. Apr. 28, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2